# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANNA CHERUBINI,
     **Appellant,**
    vs.
THE STATE OF NEVADA,
     **Respondent.**

No. 70562

FILED

JUL 07 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order affirming a conviction from the justice court. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

           _____ , J.
           Cherry

_____ , J.        _____ , J.
Douglas            Gibbons

16-21203

cc:    Hon. Rob Bare, District Judge
Anna Cherubini
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A